# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

KIMBERLY BOLDEN-JOHNSON,
INDIVIDUALLY AND AS THE
ADMINISTRATRIX OF THE ESTATE OF
JOHN CALVIN JOHNSON, DECEASED

           v.

AGATE CONSTRUCTION COMPANY, INC.,
JOHNSTON ENTERPRISES, PHILAPORT;
PHILADELPHIA REGIONAL PORT
AUTHORITY

           v.

ATLANTIC CONCRETE CUTTING, INC.
_____
KIMBERLY BOLDEN-JOHNSON,
INDIVIDUALLY AND AS THE
ADMINISTRATRIX OF THE ESTATE OF
JOHN CALVIN JOHNSON, DECEASED

           v.

AGATE CONSTRUCTION COMPANY, INC.,
JOHNSTON ENTERPRISES, PHILAPORT,
PHILADELPHIA REGIONAL PORT
AUTHORITY, PENN WAREHOUSING AND
DISTRIBUTION, INC., JH STEVEDORING,
PHILADELPHIA FOREST PRODUCTS
CENTER _____
KIMBERLY BOLDEN-JOHNSON,
INDIVIDUALLY AND AS THE
ADMINISTRATRIX OF THE ESTATE OF
JOHN CALVIN JOHNSON, DECEASED

: No. 295 EAL 2022
:
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior
: Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

v.                                         :

:

:

:

COLUMBUS AVENUE GPD INVESTMENT    :
LP, COLUMBUS AVENUE INVESTMENTS,    :
LLC, G.P. DEVELOPMENT CORPORATION,    :
IVAN POPKIN, ROBERT A. GOLDENBERG,    :
NEW AGE FASTENING SYSTEMS, INC.    :
NEW AGE RESTORATION, NEW AGE    :
CORPORATION    :

:

:

:

PETITION OF:  AGATE CONSTRUCTION    :
COMPANY, INC.    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 5th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.